# RONALD L. WILSON
### ATTORNEY AT LAW

---

**Licensed in:**
Louisiana
Colorado
Oregon
New York
Washington, D.C.

701 Poydras Street – Suite 4100
New Orleans, Louisiana 70139
Phone: [504] 525-4361
Fax:    [504] 525-4380
E-mail: cabral2@aol.com

March 26, 2018

Email:smauterer@beeverslaw.com

Steven M. Mauterer
BEVERS & BEVERS
210 Huey P. Long Avenue
Gretna, Louisiana 70053

      Re:    Singleton, et al v. Champagne, et al
             USDC/EDLA, No. 17-17423-KDE-EDK

Dear Steve:

      I am planning to file a Motion to Continue Submission Date regarding your Motion to Dismiss, continuing it to either April 25 or May 9, 2018. Do you have any objections to continuing the submission date? Please indicate below and return to my office:

               I do not object _____

               I object _____

Thanks for your cooperation.

                            Sincerely,

                            *Ronald L. Wilson*

                            Ronald L. Wilson

RLW/dl
cc:    Nick Trenticosta


EXHIBIT P-1