**From:** Steve Mauterer <smauterer@beeverslaw.com>
**To:** cabral2 <cabral2@aol.com>
**Cc:** nicktr <nicktr@bellsouth.net>
**Subject:** RE: Singleton v. Champagne
**Date:** Tue, Apr 3, 2018 2:40 pm

Mr. Wilson:

Your letter did not include any basis whatsoever for the request for a continuance. I do note that your opposition would otherwise be due today and you are making this request to continue the submission date at a very late hour under those circumstances. I need some basis for a request for a continuance of the submission date before I can discuss with my client and advise if we object.

----

*Steven M. Mauterer*
BEEVERS & BEEVERS, L.L.P.
210 Huey P. Long Ave.
Gretna, Louisiana 70053
Telephone: (504) 361-4287
Facsimile: (504) 362-1405
Cell: (504) 650-0354
E-Mail: smauterer@beeverslaw.com
Web: www.beeverslaw.com

<u>CONFIDENTIALITY NOTICE</u>

This communication contains information that is intended only for the recipient named and may be confidential and subject to the attorney-client privilege. The information herein may also be protected by the Electronic Communications Privacy Act, 18 U.S.C.A. §§ 2510-2521. If you are not the intended recipient or an agent responsible for delivering this communication to the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you received this communication in error, please notify us immediately by telephone (call collect at 504-361-4287) or reply e-mail and destroy the communication without saving it on your hard drive or retaining any copies. Thank You.

Additionally, if you are seeking legal services, be aware that the transmittal of an electronic message, such as email or telecopy, to us does not constitute the establishment of an attorney client relationship.

**From:** cabral2@aol.com [mailto:cabral2@aol.com]
**Sent:** Tuesday, April 03, 2018 1:17 PM
**To:** smauterer@beeverslaw.com


EXHIBIT P-2